PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
MAR 28 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Aaron Randy Boughton**

**Docket No. 0:02CR00093-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Aaron Randy Boughton** who was sentenced for Possession with Intent to Distribute Crack Cocaine on December 18, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program; mandatory drug testing; and no firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On December 27, 2005, Mr. Boughton was issued a citation for possessing a Small Amount of Marijuana in a Motor Vehicle. On February 18, 2006, he admitted to this officer his guilt and intention to pay the imposed fine.

SPECIAL CONDITION: The defendant shall submit to mandatory drug testing and participate in substance abuse treatment and aftercare as directed by thge probation office.

On February 14, 2006, Mr. Boughton failed to submit to drug testing and claimed he merely forgot.

SCANNED
MAR 28 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring or voice recognition monitoring.

ORDER OF THE COURT

Considered and ordered this 28th day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on March 23, 2006
Place Minneapolis

c: United States Sentencing Commission