Prob 49

RECEIVED
MAR 28 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Aaron Randy Boughton

Docket No. 0:02CR00093-001(JMR)

## HEARING WAIVER

I, Aaron Randy Boughton, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring or voice recognition monitoring

Signed: X Aaron Boughton
Aaron Randy Boughton
Supervised Releasee

Dated: X 3/15/06

Witness: Richard W. Hermes
Richard W. Hermes
U.S. Probation Officer

SCANNED
MAR 28 2006
U.S. DISTRICT COURT MPLS