PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
MAY 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Aaron Randy Boughton**

**Docket No. 0:02CR00093-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Aaron Randy Boughton** who was sentenced for Possession with Intent to Distribute Crack Cocaine on December 18, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program and no firearms and dangerous weapons
30 days home detention (modified on March 27, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Boughton has violated the conditions of supervised release based on the following:**
Mr. Boughton missed a scheduled urinalysis on April 1, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 10 day of May, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on May 3, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
MAY 11 2006
U.S. DISTRICT COURT MPLS