PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
SEP 21 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Aaron Randy Boughton**

**Docket No. 0:02CR00093-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Aaron Randy Boughton** who was sentenced for Possession with Intent to Distribute Crack Cocaine on December 18, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program,
30 days of home detention/electronic monitoring (modified on March 27, 2006)
16 hours of community service work (modified on May 5, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Boughton has violated the conditions of supervised release based on the following:**
On September 2, 2006, Mr. Boughton was arrested and charged with Driving Under the Influence of Alcohol. Although the matter is pending, Mr. Boughton admitted his conduct in the instant offense.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 120 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 21st day of September 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on September 19, 2006
Place Minneapolis

SCANNED
SEP 21 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission