Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Aaron Randy Boughton

Docket No. 0:02CR00093-001(JMR)

# HEARING WAIVER

I, Aaron Randy Boughton, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 120 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Aaron R. Boughton

Aaron Randy Boughton
Supervised Releasee

Dated: 9/18/06

Witness: [signature]

SCANNED
SEP 21 2006
U.S. DISTRICT COURT MPLS