FILED BY CLERK OF COURT

RECEIVED
FEB 6 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Aaron Randy Boughton**

**Docket No. 0:02CR00093-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Aaron Randy Boughton** who was sentenced for Possession with Intent to Distribute Crack Cocaine on December 18, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
30 days of home detention/electronic monitoring (modified on March 27, 2006)
16 hours of community service work (modified on May 5, 2006)
120 days of home detention (modified on September 21, 2006)
10 hours of community service work (modified on November 3, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Boughton missed a scheduled urinalysis test on January 13, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 5th day of February, 2007, and ordered filed and made a part of the records in the above case.

[signature]

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Richard W. Hermes
U.S. Probation Officer

Executed on February 2, 2007
Place Minneapolis

Approved:

[signature]

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: 612-664-5365

SCANNED
FEB 6 2007
U.S. DISTRICT COURT MPLS

SCANNED
FEB 6 2007
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission