Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Aaron Randy Boughton

Docket No. 0:02CR00093-001(JMR)

## HEARING WAIVER

I, Aaron Randy Boughton, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: Aaron Boughton

Aaron Randy Boughton
Supervised Releasee

Witness: [signature]

Dated: 1/31/07

SCANNED
FEB 0 2007

SCANNED
FEB 0 2007