**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA,
Plaintiff,
v.
Aaron Randy Boughton,
Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE: Jeffrey J. Keyes
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 02-93 JMR |
| Date: | April 29, 2008 |
| Court Reporter: | None |
| Tape Number: | 217 |
| Time Commenced: | 1:55 p.m. |
| Time Concluded: | 2:00 p.m. |
| Time in Court: | 5 Minutes |

## APPEARANCES:

Plaintiff: Andrew Winter, Assistant U.S. Attorney
Defendant: Andrea George
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: April 23, 2008 Offense: Possession of gun, narcotics. Traveled outside of district without permission

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

☐ Defendant released on same conditions.

Next appearance date is May 1, 2008 at 3:00 p.m. before U.S. Magistrate Judge Arthur J. Boylan for:
☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

☐ Detention hearing waived ☐ Preliminary revocation hearing waived

Additional Information:

**Final Revocation hearing date: May 20, 2008 at 10:30 a.m. before Chief Judge James M. Rosenbaum.**

s/Joan Flood
Criminal Duty Clerk