**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Aaron Randy Boughton,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge<br><br>Case No: CR 02-93 JMR<br>Date: May 1, 2008<br>Court Reporter: None<br>Tape Number: 219<br>Time Commenced: 3:20 p.m.<br>Time Concluded: 3:25 p.m.<br>Time in Court: 5 Minutes |

☐ **PRELIMINARY HRG ONLY** ☒ **DETENTION HRG**
☐ **PRELIMINARY REV/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det:

APPEARANCES:

Plaintiff: Joe Dixon, Assistant U.S. Attorney
Defendant: Kate Menendez
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter / Language: None / English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ **Supervised Release**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or

☐ Deft released on same conditions.

☒ Deft bound over to District Court of Minnesota

Additional Information:
Preliminary Revocation hearing is waived.
Final Revocation hearing on May 20, 2008 at 10:30 a.m. before Chief Judge James M. Rosenbaum.

s/Joan Flood
Criminal Duty Clerk