U.S. District Court

[redacted]

15 E, 300 South 4th Street
Mpls., Mn. 55415
664-5053
Fax: 664-5154

May 8, 2008

COUNSEL OF RECORD

Re: Cr. #02-93 USA v. Aaron Randy Boughton

Dear Counsel:

Please be advised that Chief Judge James M. Rosenbaum has scheduled a revocation hearing in the above-styled case for ***May 20, 2008 @ 10:30 a.m.*** If there will be testimony please submit a witness list prior to the hearing.

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Walker
Heather Walker, Calendar Clerk to
Chief Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Walker@mnd.uscourts.gov

cc: AUSA
Defendant's Counsel
Pretrial Services
Probation Office