**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Aaron Randy Boughton,<br>Defendant. | ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: James M. Rosenbaum<br>U.S. District Judge |

Case No: 02-93 JMR/RLE
Date: May 20, 2008
Court Reporter: Ron Moen
Time Commenced: 10:31 a.m.
Time Concluded: 10:50 a.m.
Time in Court: 19 Minutes

## APPEARANCES:

Plaintiff: Joe Dixon, Assistant U.S. Attorney
Defendant: Kate Menendez ☒ FPD

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to: Custody of BOP 36 months; upon release from custody supervised release cont'd for 2 years
☒ Written order to be issued.

s/Heather Walker
Calendar Clerk